IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUKHAN MUMIN,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>BRAD HANSEN,<br><br>　　　　　　　Respondent. | 8:18CV102<br><br>MEMORANDUM<br>AND ORDER |

Petitioner filed a Petition for Writ of Habeas Corpus[1] (Filing No. 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at Filing No. 7), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

---

[1] Petitioner used the form for a petition for writ of habeas corpus under 28 U.S.C. § 2241, but Petitioner's habeas action is properly classified as being brought pursuant to 28 U.S.C. § 2254 as he indicates he is being held pursuant to a state criminal conviction. (*See* Filing No. 1.)

2. The clerk of the court is directed to change the designation of this case in CM/ECF from "2241" to "2254" and add the Nebraska Attorney General as an interested party.

Dated this 28th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge